LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No.: 114533
Amanda L. McDermott, CSB No.: 253651
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorneys for CITY OF TULARE
(Erroneously sued herein as
Tulare Police Department)

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RANDY LANGLEY**, | Case No.: |
| Plaintiff, | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 (a)** |
| v. | **(FEDERAL QUESTION)** |
| **TULARE POLICE DEPARTMENT; OFFICER COLEJIO, and Doe 1** | |
| **Defendants** | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT Defendant CITY OF TULARE (erroneously sued herein as Tulare Police Department) hereby removes to this court the state court action described below:

1. On February 5, 2016, an action was commenced in the Superior Court of the State of California in and for the County of Tulare, entitled RANDY LANGLEY, Plaintiff, v. TULARE POLICE DEPARTMENT, OFFICER COLEGIO, and DOE 1, Defendants, as case number VCU264167. The complaint is attached hereto as Exhibit 1.

2. The first date upon which Defendant CITY OF TULARE received a copy of said complaint was February 9, 2016, when Defendant was served with a copy of said complaint and summons from the said court. A copy of the summons is attached hereto as Exhibit 2.

3. Defendant CITY OF TULARE filed an Answer and appeared in the action on March 9, 2016. A copy of said Answer is attached hereto as Exhibit 3.

1  |  4. This action is a civil action of which this court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that it arises under 42 U.S.C. § 1983 for alleged violations of rights under the Fourth Amendment to the United States Constitution. This Court also has supplemental jurisdiction of Plaintiff's pendent state law causes of action pursuant to 28 U.S.C. § 1367.

5. Defendant CITY OF TULARE is not aware of any other named defendant being served with a copy of said summons and complaint, or appearing in this action.

Dated: March 10, 2016                        LONGYEAR, O'DEA & LAVRA, LLP

                                             By:  */s/ Amanda L. McDermott*
                                                  JOHN A. LAVRA
                                                  AMANDA L. MCDERMOTT

# PROOF OF SERVICE

**CASE:** LANGLEY V TULARE POLICE DEPARTMENT
**COURT:** *United States District Court, Eastern District of California*
**CASE NO.:**

I am employed in the County of Sacramento. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 3620 American River Dr. Ste. 230, Sacramento, CA 95864.

I am familiar with this office's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

On March 10, 2016, I served the following:

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 (A) (FEDERAL QUESTION)**

X    United States Mail - on all parties in said action by placing a true copy of the above-described document(s) enclosed in a sealed envelope in the designated area for outgoing mail addressed as set forth below.

| **Plaintiff Pro Per,** | **Attorney for Defendant,** |
|---|---|
| Randy Langley | |
| 701 S. Spruce | |
| Tulare, CA 98274 | |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 10, 2016, at Sacramento, California.

                                                */s/ Lorie D. Wharton*
                                            Employee of Longyear, O'Dea & Lavra, LLP