**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY LANGLEY,<br>　　　　　　Plaintiff,<br>　　v.<br><br>TULARE POLICE DEPARTMENT,<br>OFFICER COLEJIO, and DOE 1,<br><br>　　　　　　Defendants. | Case No. 1:16-cv-00336-DAD-SMS<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE IN PERSON<br><br>Date:　　　July 20, 2016<br>Time:　　　3 p.m.<br>Courtroom: 1 (8th Floor) |

　　　This action was removed from the Superior Court of Tulare County by the City of Tulare. Doc. 2. The initial scheduling conference was set for June 15, 2016. Doc. 3. On May 9, 2016, Plaintiff filed a motion requesting the Court continue the initial scheduling conference. Doc. 5. Considering Plaintiff's *pro se* status, the Court issued a minute order requesting a telephonic status conference with the parties on May 17, 2016. Doc. 6. A copy of the minute order was mailed to Plaintiff.

　　　On May 17, 2016, only counsel for Defendant, John Lavra, initiated a telephonic status conference call with the Court. Doc. 7. Mr. Lavra informed the Court that he was unable to communicate with Plaintiff despite efforts to contact him by telephone and mail delivered by the United States Postal Service. The Court confirmed that Mr. Lavra attempted to contact Plaintiff at the telephone number and address provided to the Court.

On May 25, 2016, the Court issued an order denying Plaintiff's motion for continuance and the scheduling conference remained set for June 15, 2016.  In the same order, Plaintiff was directed to provide the Court with a current and functioning telephone number no later than June 3, 2016.  The Court expressly stated that failure to participate in the June 15, 2016 scheduling conference, which would be conducted telephonically, would result in issuance of an order to show cause why sanctions, including a recommendation to the district judge that the case be dismissed, should not be issued.  Doc. 8.

Plaintiff did not appear telephonically (or in person) for the June 15, 2016 scheduling conference.  Only Mr. Lavra appeared telephonically.  And to date, Plaintiff has not provided the Court with a current and functioning telephone number.

Accordingly, the Court ORDERS Plaintiff to appear in person at a hearing scheduled for July 20, 2016, at 3 p.m. in Magistrate Judge Sandra Snyder's courtroom, to show why this case should not be dismissed for failure to comply with the Court's prior orders.  The Court is giving Plaintiff a final opportunity to explain his circumstances in relation to this case.

Defendant may appear telephonically for the hearing.   To do so, Defendant is directed to dial 1-866-590-5055 and use the passcode 5453256.

Plaintiff is admonished that failure to timely comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:  **June 22, 2016**              **/s/ Sandra M. Snyder**
                                       UNITED STATES MAGISTRATE JUDGE