**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY LANGLEY,<br><br>        Plaintiff,<br><br>  v.<br><br>TULARE POLICE DEPARTMENT,<br>OFFICER COLEJIO, and DOE 1,<br><br>        Defendants. | Case No. 1:16-cv-00336-DAD-SMS<br><br>ORDER |

On July 22, 2016, the Court issued an order directing Plaintiff to appear telephonically on August 24, 2016, at 11 a.m. before Magistrate Judge Sandra M. Snyder, to show cause why this case should not be dismissed for failure to comply with the Court's prior orders. Defendants were also directed to appear telephonically. The Court did not request Plaintiff to appear in person based on information from Defendants' counsel, John A. Lavra, that he had receive two letters from Plaintiff with a California state prison address. Mr. Lavra did not disclose the address to the Court. On its own, the Court determined Plaintiff's new address and sent a copy of the July 22, 2016 order to show cause thereto.[1]

On August 1, 2006, Plaintiff filed a one-page document with the Court. Therein, Plaintiff

---

[1] On July 25, 2016, Plaintiff filed a one-page document requesting a status update of the case and notified the Court of his new mailing address. The new address nearly matched the address the Court determined by the Court.

1

stated he received the Court's July 22, 2016 order to show cause and requests to appear telephonically as he is currently incarcerated at North Kern State Prison.[2]  This request is consistent with the Court's July 22, 2016 order to show cause, which expressly stated Plaintiff is to call in for the hearing.

Accordingly, Plaintiff and Defendants are again directed to dial 1-866-590-5055 and use the passcode 5453256 for the August 24, 2016 hearing.  If necessary, Plaintiff may seek assistance from the prison litigation coordinator and provide him/her with the Court's July 22, 2016 order to show cause and this order.

IT IS SO ORDERED.

Dated:   **August 10, 2016**                        **/s/ Sandra M. Snyder**
                                                    UNITED STATES MAGISTRATE JUDGE

---

[2] In his one-page document, Plaintiff also states he would like to make a "motion of discovery," "motion to intervene," "motion for relief," and "motion to designate Magistrate Judge Snyder." Doc. 17.  But aside from listing the four motions he provides no argument such that the Court cannot assess Plaintiff's request.