# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY LANGLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TULARE POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | CASE NO. 1:16-cv-00336-DAD-SKO<br><br>**ORDER ADVANCING SETTLEMENT CONFERENCE**<br><br>(Doc. 31) |

　　Due to the press of business, the Settlement Conference currently scheduled for May 1, 2018, is hereby ADVANCED to April 16, 2018 at 9:30 a.m. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated: __**January 23, 2018**__　　　　　　　　__/s/ *Sheila K. Oberto*__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE