# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY LANGLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE COLEGIO,<br><br>    Defendant.    / | Case No. 1:16-cv-0336-DAD-SKO<br><br>**ORDER FINDING SERVICE OF SECOND AMENDED COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS**<br><br>**(Doc. 62)**<br><br>**THIRTY (30) DAY DEADLINE** |

## I.     BACKGROUND

Plaintiff, Randy Langley, is a state prisoner, proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. The Court has screened Plaintiff's Second Amended Complaint pursuant to 28 U.S.C. § 1915A and finds that it states cognizable claims for relief under section 1983 against Jose Colegio for excessive force and unreasonable search and seizure in violation of the Fourth Amendment.[1] Fed. R. Civ. P. 8(a); *Swierkiewicz v. Sorema N. A.*, 534 U.S. 506, 512–15 (2002); *Graham v. Connor*, 490 U.S. 386, 394 (1989); *Bryan v. MacPherson*, 630 F.3d 805, 826 (9th Cir. 2010); *Gallegos v. City of Los Angeles*, 308 F.3d 987, 990 (9th Cir. 2002).

Accordingly, it is HEREBY ORDERED that:

1.     Service is appropriate on the following defendant:

---

[1] (*See* Docs. 64, 70.)

**Officer Jose Colegio, Tulare Police Department**

2. The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet, and a copy of the Second Amended Complaint, filed on December 18, 2017 (Doc. 62).

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit it to the Court with the following documents:

    a. Completed summons for the defendant listed above;

    b. One completed USM-285 form for the defendant listed above; and

    c. Two (2) copies of the endorsed Second Amended Complaint, filed December 18, 2017 (Doc. 62).

4. Plaintiff need not attempt service on the defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. **The failure to comply with this order will result in a recommendation that this action be dismissed**.

IT IS SO ORDERED.

Dated: **April 5, 2018**            /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE