# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY LANGLEY,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER JOSE COLEGIO,<br><br>    Defendant.<br>_____/ | Case No. 1:16-cv-00336-SKO<br><br>**ORDER ON MOTIONS IN LIMINE**<br><br>(Docs. 134, 135) |

      The Court held a hearing on Defendant's motions in limine[1] ("MIL") on September 11, 2019. Plaintiff, proceeding pro se, appeared telephonically on his own behalf. Defendant Officer Jose Colegio appeared telephonically through his counsel, attorney John Lavra.

      As set forth on the record in open court, the rulings on Defendant's MIL, (Docs. 134, 135), are as follows:

      1.    The Court GRANTS Defendant's MIL No. 1, (Doc. 134).

      2.    The Court GRANTS Defendant's MIL No. 2, (Doc. 135), to the extent Plaintiff seeks to testify regarding scientific or medical opinions, interpretation of medical records, or specific cost of future treatment, or other matters that require expert testimony or specialized knowledge within the scope of Fed. R. Evid. 702. The Court DEFERS ruling on Defendant's MIL No. 2 to the extent it requests to preclude Plaintiff from entering medical records into evidence. The Court DENIES the remainder of Defendant's MIL No. 2.

IT IS SO ORDERED.

---

[1] Plaintiff did not file any motions in limine.

Dated: **September 11, 2019**        /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE