

FILED

OCT 1 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RANDY LANGLEY,

    Plaintiff,

v.

OFFICER JOSE COLEGIO,

    Defendant.

Case No. 1:16-cv-00336-SKO

**ORDER REQUIRING PRODUCTION OF PLAINTIFF RANDY LANGLEY, CDCR #BA-3949, FOR TRIAL ON OCTOBER 2, 2019, AT 8:00 A.M.**

Jury trial in this matter commenced on October 1, 2019 and was continued to October 2, 2019. Pursuant to the Order & Writ of Habeas Corpus Ad Testificandum, (Doc. 133), Plaintiff **Randy Langley, CDCR #BA-3949,** shall be produced to testify before Magistrate Judge Sheila K. Oberto, at the U.S. District Court, 2500 Tulare Street, Courtroom #7 (SKO), 6th Floor, Fresno, California 93721, at **8:00 a.m. on Wednesday, October 2, 2019**.

IT IS SO ORDERED.

Dated: October 1, 2019

                                      /s/ Sheila K. Oberto
                                      SHEILA K. OBERTO
                              UNITED STATES MAGISTRATE JUDGE