FILED
OCT 2 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ 
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY LANGLEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OFFICER JOSE COLEGIO,<br><br>　　　　Defendant.<br>_____/ | Case No. 1:16-cv-00336-SKO<br><br>NOTICE AND ORDER THAT PLAINTIFF IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br><br>(Doc. 133) |

Jury trial in this matter commenced on October 1, 2019. On October 2, 2019, the jury returned its verdict and judgment was entered. Accordingly, Plaintiff **Randy Langley, CDCR #BA-3949**, is no longer needed by the Court as a witness in these proceedings, and the writ of beas corpus ad testificandum as to this inmate, (Doc. 133), is HEREBY ORDERED DISCHARGED.

IT IS SO ORDERED.

Dated: October 2, 2019

　　　　　　　　　　　　　　　　　　　　／s／ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　SHEILA K. OBERTO
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE